PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Crandon, Richard                                  Cr.: 97-00482-01

Name of Sentencing Judicial Officer: Honorable Harold A. Ackerman, Senior U.S. District Judge

Date of Original Sentence: March 18, 1998

Original Offense: Receipt of Photographs Depicting a Minor Engaged in Sexually Explicit Conduct

Original Sentence: 78 months imprisonment followed by three year term of supervised release; $57,050.96 restitution

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/27/03

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '...**Any unpaid restitution balance shall be paid as a condition of supervised release to be paid as equal monthly installments of at least $50.**' Crandon has failed to submit consistent monthly payments of at least $50. |

### U.S. Probation Officer Action:

The writer recommends presentation of this document to Crandon as a formal reprimand.

Respectfully submitted,

By: Matthew C. Kurzawa
U.S. Probation Officer

Date: 10/21/04

PROB 12A - Page 2
Richard Crandon

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other: The supervising officer will present this document to the offender as a formal reprimand issued under the authority/approval of the Court.

Signature of Judicial Officer

Nov 15, 2004
Date